IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROGER V. EATON and GEORGIA B. EATON,

    Plaintiff,

v.                                                          No. 1:20-cv-399 KWR/KRS

UNITED STATES OF AMERICA,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR STAY OF DEADLINES AND ORDER TO FILE CLOSING DOCUMENTS

Upon consideration of the United States' Notice of Settlement and Unopposed Motion for Stay of Deadlines, (Docs. 19 and 20), and for good cause shown, the Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that the Rule 16 Scheduling Conference set for December 16, 2020, and all associated deadlines, are hereby VACATED.

**IT IS FURTHER ORDERED** that all other deadlines in this case are stayed for ninety (90) days and the parties shall file closing documents or a status report by **February 18, 2021**.

**IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE